## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of March, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Stephanie J. Ward, Esquire
*Brown McCarroll, L.L.P.*
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Mary E. Augustine (No. 4477)